# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FEDERAL JUSTICE BUILDING
### TENTH FLOOR
### 99 NORTHEAST 4TH STREET
### MIAMI, FLORIDA 33132

SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

(305) 523-5170

September 15, 2004


Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, DC 20544

RECEIVED SEP 22 10 53 AM '04 FINANCIAL DISCLOSURE OFFICE

    Attn: Judge Mary M. Lisi, Chair

    Re: Your letter of August 5, 2004

Dear Judge Lisi:

    With regard to your inquiry referencing Part VII listings for "Philip Morris" common stock and "Altria" stock, please be advised that on January 28, 2003, "Philip Morris" effected a corporate name change to "Altria".

    Further, "JDS Uniphase common stock", did not meet reporting criteria for 2003 and is, thus, exempt from reporting. "Fidelity Freedom Income Fund" was a purchase made on August 28, 2003, with a valve code of "P4".

    The foregoing omissions were inadvertent. Please accept my apologies.

Sincerely,



s District Judge

SH:las

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FEDERAL JUSTICE BUILDING
TENTH FLOOR
99 NORTHEAST 4TH STREET
MIAMI, FLORIDA 33132

SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

(305) 523-5170

August 18, 2004

Ms. Mary M. Lisi, Chair
Judicial Conference of the
 United States
Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

    Re: Calendar Year 2003 Filing - Hon. Shelby Highsmith

Attn: George D. Reynolds

Dear Mr. Reynolds:

    Please be advised that Judge Highsmith is out of the district on annual leave through mid September.  He has asked me to write this letter on his behalf and request a thirty (30) day extension to respond to the Committee's letter of August 5, 2004.

    Thank you for your consideration in this matter.

                    Sincerely,

                    Laura A. Sabbatino,
                    Judicial Administrator for
                    The Honorable Shelby Highsmith,
                    United States District Judge

| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>HIGHSMITH, SHELBY | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>4/28/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR STATUS | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 9/12/1991<br><br>○ Initial　●Annual　○ FInal | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>FEDERAL JUSTICE BUILDING<br>99 NE 4TH STREET, SUITE 1027<br>MIAMI, FL 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

RECEIVED May 10 0 53 AM '04 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

|  | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

|  | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| | | | |
|---|---|---|---|
| Name of Person Reporting<br>HIGHSMITH, SHELBY | | Date of Report<br>4/28/2004 | |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.     Coconut Grove Bank, Miami, FL. | B | Interest | M | T | | | | | |
| 2.     First National of So. Miami, So. Miami, FL | A | Interest | J | T | | | | | |
| 3.     Prudential National Muni Fund | C | Interest | | | sell | 09/09 | M | C | |
| 4.     Ameren Common Stock | A | Dividend | K | T | | | | | |
| 5.     Prudential Insurance Annuity | B | Interest | N | T | | | | | |
| 6.     Mineral Interest Acreage, Milton, FL (2003=$1,850) | | None | J | S | | | | | |
| 7.     Fidelity Investments Annuity | A | Interest | L | T | | | | | |
| 8.     Fidelity Investments Spartan Muni Fund | B | Dividend | K | T | | | | | |
| 9.     Vanguard Annuity | B | Dividend | | | rollover | 07/07 | M | none | see VIII. Add'l info |
| 10.    Vanguard IRA Equity Index Fund | | | | | cust. Transf | 06/27 | M | none | To Fidelity Inv. See line 37 |
| 11.    Vanguard Tax Managed Growth & Income Fund | A | Dividend | K | T | | | | | |
| 12.    Vanguard Windsor II | A | Dividend | K | T | | | | — | |
| 13.    Fidelity IRA Puritan Fund | A | Dividend | K | T | | | | | |
| 14.    Fidelity Investments IRRA | D | Dividend | O | T | cust. Trans. | | | | |
| 15.    -Zero Coupon Strip 08/03/03 | | | | | matured | 08/03 | M | none | |
| 16.    -Zero Coupon Strip 26 SPO/2003 | | | | | matured | 09/26 | M | none | |
| 17.    -Philip Morris Credit Notes | | | | | matured | 01/13 | K | none | |
| 18.    -Boeing Common Stock | | | | | | | | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)       F = $50,001-$100,000       G = $100,001-$1,000,000       H1 = $1,000,001-$5,000,000       H2 = More than $5,000,000
2. Value Codes:       J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)       N = $250,000-$500,000       O = $500,001-$1,000,000       P1 = $1,000,001-$5,000,000       P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000       P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal       R = Cost (Real Estate Only)       S = Assessment       T = Cash/Market
   (See Column C2)       U = Book Value       V = Other       W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HIGHSMITH, SHELBY | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Exxon/Mobil Common Stock | | | | | | | | | |
| 20. -Scana Corp Common Stock | | | | | | | | | |
| 21. -American Balanced Fund | | | | | | | | | |
| 22. -Applied Materials Common Stock | | | | | | | | | |
| 23. -Sun Microsystems Common Stock | | | | | | | | | |
| 24. -AIM Bluechip Fund | | | | | | | | | |
| 25. -Corning Common Stock | | | | | | | | | |
| 26. -I.C.G.E. Common Stock | | | | | | | | | |
| 27. -Time Warner Common Stock | | | | | | name change | | | |
| 28. -Caterpillar Common Stock | | | | | | | | | |
| 29. -Dupont Common Stock. | | | | | | | | | |
| 30. -Altria Common Stock | | | | | | | | | |
| 31. -SBC Communications Common Stock | | | | | | | | | |
| 32. -Merck Common Stock | | | | | | | | | |
| 33. -Pharmacia Common Stock | | | | | | | | | |
| 34. -Monsanto Common Stock | | | | | | | | | |
| 35. -MEDCO Common Stock | | | | | | Spin-off | 08/25 | | | |
| 36. -Pfizer Common Stock | | | | | | Merger | 04/16 | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2.501-$5,000      D = $5,001-$15.000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                        P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal      R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)       U = Book Value     V = Other                    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HIGHSMITH, SHELBY | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -Vanguard Equity Index Fund | | | | | | | | | |
| 38. -Fidelity Freedom Income Fund | | | | | | | | | |
| 39. -Fidelity Cash Reserves | | | | | | | | | |
| 40. UBS Paine Webber American Classic Gold | C | Interest | K | T | | | | | |
| 41. Honeywell Common Stock | A | Dividend | J | T | | | | | |
| 42. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 43. Nestle A.D.R. | | None | K | T | Buy | 09/19 | J | | |
| 44. Spartan Fla. Muni Fund | A | Dividend | K | T | Buy | 09/19 | K | | |
| 45. Fidelity Low Priced Stock Fund | A | Dividend | K | T | Buy | 09/12 | K | | |
| 46. Fidelity Puritan | A | Dividend | K | T | Buy | 09/12 | K | | |
| 47. Fidelity Cash Reserves | A | Interest | M | T | Buy | 09/12 | M | | |
| 48. Federal Home Loan Mortgage Notes | B | Interest | K | T | Buy | 05/02 | K | | |
| 49. Fidelity Investment Annuity | | None | M | T | rollover | 07/07 | | | |
| 50. Prudential Financial, Inc., Common Stock | A | Dividend | K | T | demutualization | 01/02 | K | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Line 6 - Assessed value per County Tax Assesor = $1,850.

Line 9 - Vanguard Annuity was rolled over in its entirety to a Fidelity Investments Annuity. (See line 49.)

Line 10 - Vanguard Index Fund transferred to custodial IRA with Fidelity Investments.

Line 14 - IRA Holdings transferred to custodial account with Fidelity Investments.

Line 48 - Purchase inadvertently omitted on 2002 report.

Line 49 - Former Vanguard Annuity (see line 9) rolled over into Fidelity Annuity.

Line 50 - Shares issued as a result of demutualization of Prudential Insurance and Financial Services in 2002; inadvertently omitted on previous report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮       Date April 30, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544